UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JASON EWERT,
    Plaintiff,

vs.                            CASE NO. 8:07-CIV-2124-T-17-TBM

BRUCE COLLER, et al.,
    Defendants
_____/

**ORDER GRANTING MOTION TO DISMISS**

    This cause is before the Court on the defendant, Bruce Coller's, motion to dismiss for lack of personal jurisdiction (Docket No. 8). Defendant Coller is the sole defendant remaining in this case as Brian Ketterer has previously been terminated from the cause of action.

    The motion to dismiss was filed on December 10, 2007. The plaintiff failed to file a timely response to the motion, therefore, the Court issued an order to show cause for the plaintiff to show cause on or before January 18, 2008, why the motion to dismiss should not be granted (Docket No. 9). Again the plaintiff has failed to respond to the motion or to the Court's order to show cause. The Court notes that this failure on the part of the plaintiff could be considered failure to prosecute.

    Therefore, the Court has reviewed the motion to dismiss without benefit of a responsive brief from the plaintiff and finds it well taken. The Court incorporates by reference the defendant's discussion of the application of the Florida long-arm statute and minimum contacts with the state for the purposes of establishing personal jurisdiction. Accordingly, it is

**ORDERED** that the motion to dismiss for lack of personal jurisdiction (Docket No. 8) be **granted for failure to establish personal jurisdiction** and the Clerk of Court is directed to close this case.

**DONE and ORDERED** in Chambers, in Tampa, Florida, this 31st day of January, 2008.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Copies to: All Parties and Counsel of Record